WALTER H. WILSON, Appellant, v. NEW PROCESS HEATING COMPANY, Respondent.   THE MINNEAPOLIS HEAT REGULATOR COMPANY, etc., a Party Defendant, Pursuant to Section 271 of the Civil Practice Act.— Order granting motion for change of venue reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the grounds (1) that the motion was improperly made in the First District (see rule 63, subdivisions 2–6, Rules of Civil Practice) and (2) that the granting of the motion was not a proper exercise of discretion.   Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

JOSEPHINE KERLIN, Appellant, v. WINFIELD BONYNGE, Respondent, and Another, Defendant.— Application denied, with ten dollars costs.

ABRAHAM MINKOFF, Respondent, v. MOSES OBERMAN, Appellant.— Application denied, with ten dollars costs.

TIMMINS PLUMBING Co., INC., Respondent, v. ARTHUR MAYER, Appellant, and LEON SCHILDKRAUT, Defendant.— Application denied, with ten dollars costs.

In the Matter of the Petition of BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN and THEODORE W. KNAUTH, as Ancillary Administrator with the Will Annexed of EMIL SEEKAMP, Deceased, to Compel COUNTY TRUST COMPANY and WILLIAM A. DAVIDSON, as Administrators with the Will Annexed of the Goods, Chattels and Credits Which Were of CLARA F. HITCHCOCK, Late of the County of Westchester, Deceased, to Render and Settle Their Accounts as Such Administrators and to Pay the Legacies Bequeathed under the Will of Said Decedent to Said BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN and EMIL SEEKAMP, Deceased.— On argument, decree of the Surrogate's Court of Westchester county reversed upon the law and the facts, without costs, and the prayer of the petition granted, without costs, upon authority of *Matter of Hitchcock* (*post*, p. 820), decided herewith, to the extent of requiring the administrators with the will annexed of Clara F. Hitchcock, deceased, to render and file an account of their proceedings as such administrators.   Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.   Settle order.